JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK NELSON,<br><br>    Petitioner,<br><br>    v.<br><br>FRANK WILSON, et al.,<br><br>    Respondents. | Case No. EDCV 15-00571-MMM (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing this Action Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 29, 2015

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE